# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACI L. FORSYTHE, | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 20-4988 |
| ANDREW SAUL, Commissioner of Social Security, | |
| *Defendant*. | |

## ORDER

**AND NOW**, this 15th day of March, 2022, upon careful and independent consideration of Plaintiff Staci Forsythe's Complaint (ECF No. 1), and Defendant Andrew Saul's response in opposition (ECF No. 15), and after review of the Report and Recommendation of the United States Magistrate Elizabeth T. Hey (ECF No. 17), and noting that Defendant has no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation (ECF No. 17) is **APPROVED** and **ADOPTED**;

2. Judgment is entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with this adjudication;

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**